246 So.2d 684

**Jack P. F. GREMILLION, Attorney General for the State of Louisiana, For the Use and Benefit of Nola Mae Wittler McFILLEN**

v.

**J. B. LANCASTER, Legislative Auditor for the State of Louisiana.**

No. 51332.

April 22, 1971.

In re: Jack P. F. Gremillion, Attorney General for the State of Louisiana for the use and benefit of Nola Mae Wittler Mc-Fillen applying for certiorari, or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 244 So.2d 864.

Writ denied. No error of law.

246 So.2d 684

**Claudia Ray MELANCON**

v.

**Claude C. MELANCON.**

No. 51333.

April 22, 1971.

In re: Claudia R. Melancon applying for certiorari, or writ of review to the Court of Appeal, First Circuit, Parish of Pointe Coupee. 244 So.2d 905.

Writ denied. On facts found by the court of appeal, its judgment is correct.